TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
Senior Litigation Counsel
NICOLE R. PRAIRIE
Trial Attorney
District of Columbia Bar No. 982601
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4074
    Facsimile: (202) 305-7000
    E-mail: Nicole.Prairie@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Ramona Khanom, et al., | No. CV 11-03574 CAS-VBK |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL |
| v. | |
| Eric H. Holder, Jr., Attorney General of the United States, et al., | |
| Defendants. | |

Upon consideration of the Stipulation of Dismissal filed on May 31, 2011, and good cause therefore having been shown, it is hereby:

///

///

///

1     ORDERED that the instant action is dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: May 31, 2011

                                                                    */s/ Christina A. Snyder*
                                                    HON. CHRISTINA A. SNYDER
                                                    UNITED STATES DISTRICT JUDGE